**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Susanne Jane Giusa, | No. CV-19-02464-PHX-MTL |
| Plaintiff, | **ORDER** |
| v. | |
| Commissioner of Social Security Administration, | |
| Defendant. | |

Pursuant to the parties' Stipulation for Award of Attorney Fees Under the Equal Access to Justice Act (Doc. 21), and good cause appearing,

**IT IS ORDERED granting** the Stipulation for Award of Attorney Fees Under the Equal Access to Justice Act (Doc. 21).

**IT IS FURTHER ORDERED** that Plaintiff is awarded $4,968.57 in attorney fees and no costs, pursuant to the terms of the parties' Stipulation.

**IT IS FINALLY ORDERED** that if the Commissioner determines that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, and agrees to waive the requirement of the Anti-Assignment Act (31 U.S.C. § 3727(b)), the fees will be made payable to Plaintiff's attorney. If there is a debt owed under the Treasury Offset Program, the remaining EAJA fees after offset will be paid by check made out to Plaintiff but delivered to Plaintiff's attorney. *See Astrue v. Ratliff*, 560 U.S. 586, 589 (2010).

\\

\\

Dated this 3rd day of September, 2020.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge